**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| In re: LASANDRA F. TOWNSEND | § | Case No. 11-83646 |
|---|---|---|
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/18/2011.

2) The plan was confirmed on 02/17/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/09/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2013, 02/05/2014.

5) The case was dismissed on 03/07/2014.

6) Number of months from filing or conversion to last payment: 26.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $66,303.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 4,750.00 | |
| Less amount refunded to debtor | $ 25.00 | |
| **NET RECEIPTS** | | $ 4,725.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,158.88 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 252.82 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,411.70 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,158.88 | 0.00 |
| CHASE 8 AUTO SALES | Sec | 8,000.00 | 6,372.79 | 6,372.79 | 1,813.44 | 499.86 |
| CHASE AUTO FINANCE | Uns | 8,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Pri | 1,315.00 | 348.94 | 348.94 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Uns | 0.00 | 3,502.28 | 3,502.28 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Pri | 2,062.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Pri | 162.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Pri | 261.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 15,379.00 | 1,253.54 | 1,253.54 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 25,047.81 | 25,047.81 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 15,000.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Uns | 1,397.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ACME CREDIT SERVICES | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 1,601.04 | 1,231.57 | 1,231.57 | 0.00 | 0.00 |
| ASPEN CARD SERVICE | Uns | 1,433.80 | NA | NA | 0.00 | 0.00 |
| ATTORNEY ALBERT A ALTAMORE | Uns | 625.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 9,654.38 | 4,418.72 | 4,418.72 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BMG MUSIC SERVICE | Uns | 49.22 | NA | NA | 0.00 | 0.00 |
| CHARISMA | Uns | 19.97 | NA | NA | 0.00 | 0.00 |
| CITI FINANCIAL | Uns | 673.74 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 43.88 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,927.94 | 1,889.91 | 1,889.91 | 0.00 | 0.00 |
| CONTINENTAL FINANCE COMPANY | Uns | 687.39 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 1,353.95 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY | Uns | 2,351.11 | 1,539.68 | 1,539.68 | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Uns | 892.77 | NA | NA | 0.00 | 0.00 |
| EAST SIDE LENDERS | Uns | 375.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 458.88 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 537.81 | 537.81 | 537.81 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 472.13 | 472.13 | 472.13 | 0.00 | 0.00 |
| NORTH STAR CAPITAL | Uns | 561.44 | 561.44 | 561.44 | 0.00 | 0.00 |
| GOOD HOUSEKEEPING | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 2,500.00 | 2,059.45 | 2,059.45 | 0.00 | 0.00 |
| MAHD SERVICE CORP | Uns | 5.00 | NA | NA | 0.00 | 0.00 |
| MARK LEROY LUNDINE MD | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,633.15 | 1,747.54 | 1,747.54 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,586.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 969.60 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 515.00 | 515.00 | 515.00 | 0.00 | 0.00 |
| NORTHWAY FINANCIAL CORP | Uns | 693.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 468.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 556.60 | 356.60 | 356.60 | 0.00 | 0.00 |
| PPGC PREMIER COMPANY | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| RASMUSSEN COLLEGE | Uns | 1,515.00 | NA | NA | 0.00 | 0.00 |
| RDK COLLECTION SERVICES | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 101.00 | 101.00 | 101.00 | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 283.45 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 689.36 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 8,811.78 | 9,951.32 | 9,951.32 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 262.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE LOAN SERVICING | Uns | 18,398.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS LP | Uns | 506.12 | NA | NA | 0.00 | 0.00 |
| SPIRIT LED WOMAN | Uns | 15.95 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 1,164.30 | 275.08 | 275.08 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 280.93 | 280.93 | 280.93 | 0.00 | 0.00 |
| SURGICAL ASSOC OF NO IL | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| TASTE OF HOME | Uns | 12.98 | NA | NA | 0.00 | 0.00 |
| TIME LIFE | Uns | 14.95 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 482.27 | 1,074.88 | 1,074.88 | 0.00 | 0.00 |
| UNITED COMPUCRED | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 517.40 | 208.70 | 208.70 | 0.00 | 0.00 |
| UW MED FOUNDATION dba UW | Uns | 427.12 | 496.61 | 496.61 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,714.13 | 1,714.13 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 443.30 | 443.30 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 0.00 | 1,078.63 | 1,078.63 | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 0.00 | 113.44 | 113.44 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,372.79 | $ 1,813.44 | $ 499.86 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 6,372.79 | $ 1,813.44 | $ 499.86 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,602.48 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,602.48 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 60,117.96 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 2,411.70 | |
| Disbursements to Creditors | $ 2,313.30 | |
| **TOTAL DISBURSEMENTS:** | | $ 4,725.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/23/2014 By: /s/ Lydia S. Meyer
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.